## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ASIA WHEEL CO., LTD., <br><br>      *Plaintiff*, <br>and <br><br>TEXTRAIL, INC., <br><br>      *Plaintiff-Intervenor*, <br><br>v. <br><br>UNITED STATES, <br><br>      *Defendant*, <br>and <br><br>DEXSTAR WHEEL DIVISION OF AMERICANA DEVELOPMENT, INC., <br><br>      *Defendant-Intervenor*. | Before: Stephen Alexander Vaden, Judge <br><br> Court No. 1:23-cv-00096 |
| TRAILSTAR LLC, <br><br>      *Plaintiff*, <br><br>v. <br><br>UNITED STATES, <br><br>      *Defendant*, <br>and <br><br>DEXSTAR WHEEL DIVISION OF AMERICANA DEVELOPMENT, INC., <br><br>      *Defendant-Intervenor*. | Court No. 1:23-cv-00097 |

| | |
|---|---|
| LIONSHEAD SPECIALTY TIRE AND WHEEL LLC,<br><br>   *Plaintiff*,<br><br>v.<br><br>UNITED STATES,<br><br>   *Defendant*,<br>and<br><br>DEXSTAR WHEEL DIVISION OF AMERICANA DEVELOPMENT, INC.,<br><br>   *Defendant-Intervenor*. | Court No. 1:23-cv-00098 |
| TEXTRAIL, INC.,<br><br>   *Plaintiff*,<br><br>v.<br><br>UNITED STATES,<br><br>   *Defendant*,<br>and<br><br>DEXSTAR WHEEL DIVISION OF AMERICANA DEVELOPMENT, INC.,<br><br>   *Defendant-Intervenor*. | Court No. 1:23-cv-00099 |

## ORDER

On consideration of the joint status report filed on August 18, 2023, and in the interest of judicial economy, it is hereby:

**ORDERED** that *Asia Wheel Co., Ltd. v. United States*, Ct. No. 23-96 is **CONSOLIDATED** with *Trailstar, LLC. v. United States*, Ct. No. 23-97, *Lionshead Specialty Tire and Wheel, LLC. v. United States*, Ct. No. 23-98, and *TexTrail, Inc. v. United States*, Ct. No. 23-99 into a single action, *Asia Wheel Co., Ltd. v. United States*, Consol. Ct. No. 23-96;

**ORDERED** that the parties will file all pleadings, motions, or other papers in the lead case, *Asia Wheel Co., Ltd. v. United States*, Consol. Ct. No. 23-96; and it is further

**ORDERED** that the above-captioned cases shall adhere to the following briefing schedule:

**(1)** Plaintiffs and Plaintiff-Intervenor shall file their motions for judgment on the agency record and accompanying memoranda in support on or before November 20, 2023. Plaintiffs and Plaintiff-Intervenor shall confer in advance to avoid the filing of duplicative arguments;

**(2)** Defendant shall file its response brief on or before February 23, 2024;

**(3)** Defendant-Intervenor shall file its response brief on or before March 6, 2024;

**(4)** Plaintiffs and Plaintiff-Intervenor shall file their reply briefs on or before April 19, 2024;

**(5)** Plaintiffs shall file the joint appendix on or before May 3, 2024;

**(6)** Motions for oral argument, if any, shall be filed on or before May 10, 2024;

**(7)** The parties shall abide by the word count limitations set forth in Paragraph 2(B)(1) of the Court's Standard Chambers Procedures;

Court Nos. 1:23-cv-00096, 1:23-cv-00097, 1:23-cv-00098, 1:23-cv-00099      Page 4

**(8)**   The Court takes this schedule seriously and will enforce the good cause requirement for any proposed deviations.

The parties are reminded to review Judge Vaden's guidelines for preparation of the Joint Appendix found on the Court's website. Pursuant to Rules 1, 7, 16, and 56.2 of the Rules of the United States Court of International Trade, the foregoing schedule is hereby made an order of the Court.

**SO ORDERED**.

<u>/s/ Stephen Alexander Vaden</u>
Stephen Alexander Vaden, Judge

Dated: <u>August 18, 2023</u>
　　　New York, New York