**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE GARY S. KATZMANN**

| | |
|---|---|
| ASIA WHEEL CO., LTD.,<br><br>     Plaintiff,<br>  and<br><br>TRAILSTAR LLC AND LIONSHEAD<br>SPECIALTY TIRE AND WHEEL LLC,<br><br>     Consolidated Plaintiffs,<br>  and<br><br>DEXTER DISTRIBUTION GROUP LLC<br>F/K/A TESTRAIL, INC.,<br><br>    Plaintiff-Intervenor,<br><br><br>v.<br>UNITED STATES,<br><br>     Defendant,<br>and<br><br>DEXTAR WHEEL DIVISION OF<br>AMERICANA DEVELOPMENT, INC.,<br><br>    Defendant-Intervenor. | Consol. Court No. 23-00096 |

<u>**PLAINTIFF'S NOTICE OF APPEAL**</u>

Notice is hereby given that Plaintiff Asia Wheel Co., Ltd. hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's order and judgment entered in this action on February 21, 2025.

       Respectfully submitted,

       WHITE & CASE LLP

  */s/ Jay C. Campbell*
Jay C. Campbell
Chunfu Yan
Walter J. Spak
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600

Counsel to Plaintiff

Date: April 21, 2025

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Rule 2(b) of the Court's Standard Chambers Procedures, the undersigned counsel certifies that Plaintiff's Notice of Appeal complies with the Court's type-volume limitation rules. According to the word count calculated by the word processing system with which the motion was prepared, the motion contains a total of 41 words.

<u>/s/ Jay C. Campbell</u>

April 21, 2025

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 21st day of April, 2025, I electronically filed a copy of the foregoing using the CM/ECF system, which sent a notification of such filing to counsel of record.

*<u>/s/ Jay C. Campbell</u>*