## UNITED STATES COURT OF INTERNATIONAL TRADE

### BEFORE THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| ASIA WHEEL CO., LTD., <br><br>      Plaintiff, <br><br>and <br><br>TRAILSTAR LLC, LIONSHEAD SPECIALTY TIRE AND WHEEL LLC, <br><br>      Consolidated Plaintiffs, <br><br>and <br><br>DEXTER DISTRIBUTION GROUP LLC F/K/A TEXTRAIL, INC., <br><br>      Plaintiff-Intervenor, <br><br>v. <br><br>UNITED STATES, <br><br>      Defendant, <br><br>and <br><br>DEXSTAR WHEEL DIVISION OF AMERICANA DEVELOPMENT, INC., <br><br>      Defendant-Intervenor. | Consol. Court No. 23-00096 |

### **NOTICE OF APPEAL**

      Notice is hereby given that Consolidated Plaintiff TRAILSTAR LLC appeals to the United States Court of Appeals for the Federal Circuit from the Judgment of the United States Court of International Trade entered in this action, *Asia Wheel Co., Ltd. v. United States*, on February 21, 2025 (ECF No. 79), including but not limited to the Opinion and Order dated February 21, 2025, Slip Op. 25-17 (ECF No. 78). This Notice is filed in accordance with 28 U.S.C. § 2645(c) and 28 U.S.C. § 2107(b).

                                                              Respectfully submitted,

                                                              */s/ Jordan C. Kahn* <br>
                                                              Jordan C. Kahn

GRUNFELD, DESIDERIO,
LEBOWITZ, SILVERMAN &
KLESTADT LLP

1201 New York Ave NW, Ste 650
Washington, DC 20005
(202) 783-6881
jkahn@gdlsk.com

*Counsel for Consolidated Plaintiff
TRAILSTAR LLC*

Dated: <u>April 21, 2025</u>