## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE GARY S. KATZMANN

| | |
|---|---|
| ASIA WHEEL CO., LTD.,<br><br>        Plaintiff,<br>and<br><br>TRAILSTAR LLC AND LIONSHEAD SPECIALTY TIRE AND WHEEL LLC,<br><br>        Consolidated Plaintiffs,<br>and<br><br>DEXTER DISTRIBUTION GROUP LLC F/K/A TESTRAIL, INC.,<br><br>        Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES,<br><br>        Defendant,<br>and<br><br>DEXTAR WHEEL DIVISION OF AMERICANA DEVELOPMENT, INC.,<br><br>        Defendant-Intervenor. | Consol. Court No. 23-00096 |

## **NOTICE OF APPEAL**

Notice is hereby given that Consolidated Plaintiff LIONSHEAD SPECIALTY TIRE AND WHEEL LLC appeals to the United States Court of Appeals for the Federal Circuit from this Court's order and judgment in this action, *Asia Wheel Co., Ltd. V. United States*, the Slip Op. 25-17 (ECF No. 78) entered on February 21, 2025.

Respectfully submitted,

*/s/ R. Kevin Williams*
R. Kevin Williams
130 E. Randolph Street
Ste. 3900
Chicago, IL 60601
(312) 985-5907

*and*

Mark Ludwikowski
Kelsey Christensen
Sally Alghazali
1001 Pennsylvania Ave. NW
Ste. 1300 S
Washington, DC 20004
(202) 640-6680

Clark Hill, PLC

*Counsel to Lionshead Specialty Tire and Wheel LLC*

Date: April 21, 2025

**CERTIFICATE OF COMPLIANCE**

Pursuant to Rule 2(b) of the Court's Standard Chambers Procedures, the undersigned counsel certifies that this Notice of Appeal complies with the Court's type-volume limitation rules. According to the word count calculated by the word processing system with which the notice was prepared, the notice contains a total of <u>53 words</u>.

*/s/ R. Kevin Williams*

April 21, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April, 2025, I electronically filed a copy of the foregoing using the CM/ECF system, which sent a notification of such filing to counsel of record.

/s/ R. Kevin Williams