**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE GARY S. KATZMANN, JUDGE**

| | |
|---|---|
| ASIA WHEEL CO., LTD., | ) |
| | ) |
| *Plaintiff,* | ) |
| and | ) |
| | ) |
| TRAILSTAR LLC, LIONSHEAD SPECIALTY | ) |
| TIRE AND WHEEL LLC, | ) |
| | ) |
| *Consolidated Plaintiffs,* | ) |
| and | ) |
| | ) |
| DEXTER DISTRIBUTION GROUP LLC F/K/A | ) |
| TEXTRAIL, INC., | )   Consol. Court No. 23-00096 |
| | ) |
| *Plaintiff-Intervenor,* | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| *Defendant.* | ) |
| and | ) |
| | ) |
| DEXSTAR WHEEL DIVISION OF AMERICANA | ) |
| DEVELOPMENT, INC., | ) |
| | ) |
| *Defendant-Intervenor.* | ) |

**NOTICE OF APPEAL**

Notice is hereby given that Dexter Distribution Group LLC F/K/A Textrail, Inc., Plaintiff-

Intervenor, hereby appeals to the United States Court of Appeals for the Federal Circuit from this

Court's order and judgment entered in this action on February 21, 2025. Dexter Distribution Group

LLC F/K/A Textrail, Inc.'s separate appeal captioned TexTrail, Inc. v. United States, Ct. No. 23-99

was consolidated into Asia Wheel Co., Ltd. v. United States, Consol. Ct. No. 23-96 pursuant to the

Court's August 18, 2023 Order.  For that reason, Dexter Distribution Group LLC F/K/A Textrail,

Inc., can also be considered a consolidated plaintiff in the above captioned action.

1

Respectfully submitted,

**/s/ Nancy A. Noonan**
Nancy A. Noonan
Leah N. Scarpelli
Yun Gao

ArentFox Schiff LLP
1717 K Street, NW
Washington, DC 20006
Tel: (202) 857-6479

*Counsel to Plaintiff-Intervenor Dexter*
*Distribution Group LLC F/K/A Textrail, Inc.*

April 21, 2025

2

**CERTIFICATE OF COMPLIANCE**

Pursuant to Rule 2(b) of the Court's Standard Chambers Procedures, the undersigned counsel certifies that Plaintiff's Notice of Appeal complies with the Court's type-volume limitation rules. According to the word count calculated by the word processing system with which the notice was prepared, the motion contains a total of 102 words.


<u>**/s/ Nancy A. Noonan**</u>
Nancy A. Noonan

April 21, 2025

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2025, I electronically filed a copy of the

foregoing using the CM/ECF system, which sent a notification of such filing to counsel of

record.

**/s/ Nancy A. Noonan**
Nancy A. Noonan

AFSDOCS:302303619.1